Order issued November 15, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00517-CV

### JENNIFER LUGO AND CARY SCHULMAN, Appellants

### V.

### DEBRA ROSS AND JIM ROSS, Appellees

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI11-030**

# ORDER WITHDRAWING MANDATE
# AND STAYING APPEAL

On August 28, 2012, this Court issued an opinion and judgment in this appeal. On November 7, 2012, this Court issued its mandate to the County Court at Law of Rockwall County.

Without notice to this Court, appellant Cary Schulman filed a bankruptcy case under Chapter 11 of the United States Bankruptcy Code on September 21, 2012, after our opinion and judgment issued. By letter dated November 8, 2012, counsel for appellees informed this Court of the bankruptcy filing. Counsel's letter explained that appellees have not requested the implementation of our judgment because of the bankruptcy filing.

Under Rule 8.2 of the Texas Rules of Appellate Procedure, a bankruptcy suspends the appeal "from the date when the bankruptcy petition is filed until the appellate court reinstates or severs the

appeal in accordance with federal law." Schulman's bankruptcy petition was not filed until after the date of our opinion and judgment. Without notice of the bankruptcy from Schulman, however, we issued our mandate after the date the appeal was suspended. *See* TEX. R. APP. P. 8.2.

We WITHDRAW our mandate issued November 7, 2012. *See* TEX. R. APP. P. 19.3 (court of appeals may issue and recall its mandate after plenary power expires). We ORDER that this appeal is STAYED as of the filing of appellant Schulman's bankruptcy proceeding on September 21, 2012. This order does not preclude reissuance of the mandate if the appeal is reinstated pursuant to Rule 8.3, Texas Rule of Appellate Procedure. *See* TEX. R. APP. P. 8.3 (party may move appellate court to reinstate appeal if permitted by federal law or bankruptcy court); *Howell v. Thompson*, 839 S.W.2d 92, 92 (Tex. 1992) (order) (opinion and judgment issued after bankruptcy filing could be reissued once bankruptcy stay lifted). The parties are ORDERED to notify this Court when the bankruptcy stay is lifted, by termination of bankruptcy or otherwise.

JOSEPH B. MORRIS
JUSTICE